UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 06-179 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Bradley James TeJohn, | |
| Defendant. | |

---

Based upon the Findings and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and no objections having been filed with respect thereto, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 22) is **ADOPTED**;

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 14) is **DENIED**.

Dated: August 18, 2006

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge