UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                          Plaintiff,      Criminal No. 06-179 (RHK/RLE)

            v.                    **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Bradley James TeJohn,            **AND POSITION PLEADINGS**

                          Defendant.

---

Tracy Braun, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Katherian D. Roe, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

      The Defendant's Motion for Extension of Time is GRANTED.

      **IT IS HEREBY ORDERED** that:

      All written correspondence be due to the Probation Office by January 8, 2007; and

      Position pleadings, if necessary, be filed electronically with the Clerk of Court by January 15, 2007.

Dated:    12/28/06                      s/Richard H. Kyle
                                                  Honorable Richard H. Kyle
                                                  United States District Court Judge